JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE SEMNAR, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION,<br><br>Defendant. | **Case No.:** EDCV 15-1501-GW(KKx)<br><br>**JUDGMENT AGAINST DEFENDANT, FIRST GUARANTY MORTGAGE CORPORATION, FOR VIOLATIONS OF 12 C.F.R. § 1026.41 OF THE TRUTH IN LENDING ACT, IN THE AMOUNT OF $5,426.75**<br><br>**JUDGE**: George H. Wu |

This matter came on for hearing upon Plaintiff Rosie Semnar's ("Plaintiff") noticed Motion for Default Judgment against (Defendant First Guaranty Mortgage Corporation ("Defendant") on November 30, 2015 at 8:30 a.m. After having considered Plaintiff's Motion, Memorandum of Points & Authorities, and all necessary pleadings, declarations, and court filings, the Court hereby GRANTS the Motion For Default Judgment.

Judgment is hereby entered against Defendant for multiple violations of 12 C.F.R. § 1026.41 ("Regulation Z") of the Truth In Lending Act for failing to send to Plaintiff required periodic billing cycle statements in the months of January to

1  June 2015.

2  It is further hereby ordered that judgment for Plaintiff be entered against
3  Defendant in the amount of $5,426.75, consisting of $4,000.00 in statutory
4  damages pursuant to 15 U.S.C. § 1640(a)(2)(A)(iv), $600.00 in attorneys' fees
5  pursuant to Local Rule 55-3, and $826.75 in costs of prosecution pursuant to 15
6  U.S.C. § 1640(a)(3) for Defendant's repeated violations of 12 C.F.R. § 1026.41 of
7  the Truth In Lending Act.

8  Plaintiff has abandoned her claims under the Second Cause of Action for
9  Calif. Civ. Code § 1785.25(a), and that Cause of Action is hereby dismissed, with
10 prejudice.

11  IT IS SO ORDERED.

12
Dated: December 1, 2015                    _____
13                                          **Hon. George H. Wu**
                                            **United States District Judge**